Date signed April 24, 2007



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Lauren M. Whitsell | * | Case No.　07-12172-TJC |
| | * | Chapter　7 |
| | * | |
| | * | Creditor　- NASA Federal Credit Union |
| | * | |
| Debtor(s). | * | Reaffirmation　- [17] |

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

2

cc:    Debtor(s)
        Debtor(s) Counsel  - Antonio Aquia
        Creditor - NASA Federal Credit Union
        Trustee - Cheryl E. Rose

**End Of Order**

Reaff-34.4  -   2/9/07/yw